**Order entered December 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01546-CV

### OKLAHOMA SURETY COMPANY, Appellant/Cross-Appellee

### V.

### STEVE NOVIELLO, ASSIGNEE OF METRO TOWNHOMES & HOMES, INC. AND METRO TOWNHOMES LIMITED PARTNERSHIP, Appellee/Cross-Appellant

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00335**

## ORDER

The Court **GRANTS** appellant/cross-appellee's unopposed motion to file a post-submission letter brief. The letter brief received on December 11, 2013 is considered filed as of the date of this order.

/s/      DAVID EVANS
         PRESIDING JUSTICE